FILED

AUG 15 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. __2:07-CR-166-WKW__ |
| JOHN WEBSTER | ) | [18 USC 922(g)(1); |
| | ) | 21 USC 844(a)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 28th day of March, 2007, in Montgomery, Alabama, within the Middle

District of Alabama,

### JOHN WEBSTER,

defendant herein, having been convicted on or about the 28th day of December, 2005, for Unlawful

Possession of Controlled Substances in the Circuit Court of Montgomery County, Alabama, Case

Number CC 2005-000293, a felony, for which he was sentenced to 3 years split to serve 1 year and

serve 1 year on probation, thereafter possessed, in and affecting commerce, a Smith and Wesson,

Model 669, 9mm pistol, a better description of which is unknown to the grand jury, in violation of

Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 28th day of March, 2007, in Montgomery, Alabama, within the Middle

District of Alabama,

### JOHN WEBSTER,

defendant herein, did knowingly and intentionally possess marijuana, a Schedule I Controlled

Substance, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL:

_____
FOREPERSON


LEURA G. CANARY
UNITED STATES ATTORNEY

Kent B. Brunson
Assistant United States Attorney

2