IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07cr166-WKW |
| | ) | |
| JOHN WEBSTER | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #4) filed August 23, 2007, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED.

The Clerk of this Court is DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Ventress Correctional Facility, Clayton, Alabama, commanding them to deliver John Webster, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on September 26, 2007, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this 23rd day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE