**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-cr-166-WKW** |
| | ) | |
| **JOHN WEBSTER** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

  **COMES NOW** the undersigned counsel, Michael J. Petersen, and moves this Honorable

Court for an Order allowing undersigned counsel to withdraw as counsel for the Defendant, **JOHN**

**WEBSTER,** in the above-styled case.  The Defendant has retained Attorney Thomas M. Goggans.

  **WHEREFORE**, undersigned counsel respectfully requests that this Motion be granted.

  Dated this 27th day of September 2007.


        Respectfully submitted,


        s/ Michael J. Petersen
        MICHAEL J. PETERSEN
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: michael_petersen@fd.org
        ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-cr-166-WKW** |
| | ) | |
| **JOHN WEBSTER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent Brunson, Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.


Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M