IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr166-WKW |
| | ) | |
| JOHN WEBSTER | ) | |

## ORDER ON MOTION

Upon consideration of the Motion to Withdraw as Counsel (Doc. #11), filed by Michael J. Peterson, and for good cause, it is

ORDERED that the motion (Doc. #11) is GRANTED. The Court notes that the Defendant has retained Attorney Thomas M. Goggans (Doc. #11), for all future proceedings.

DONE this 28th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE