IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-cr-166-WKW |
| | ) | |
| JOHN WEBSTER | ) | |

MOTION FOR AN EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

**COMES NOW** the Defendant, **JOHN WEBSTER,** by undersigned counsel, Michael J. Petersen, and moves this Court for an extension of time to file pretrial motions. In support of this motion, Defendant would show the following:

1. Defendant was arraigned on September 25, 2007.

2. The Court filed its arraignment order on September 27, 2007. In the arraignment order the Court set the first pretrial conference for Friday, October 12, 2007. The Court established that any pretrial motions must be filed not later than Wednesday, October 10, 2007.

3. Undersigned Counsel has been diligently conducting an investigation into the circumstances surrounding the traffic stop by Montgomery, Alabama police officers and has not yet completed this investigation. Counsel has not had adequate time to determine whether there are any viable pretrial motions that should be filed, and then draft and file any such motions by October 10, 2007.

4. On October 10, 2007, undersigned counsel filed a Motion to Continue the trial of this matter on behalf of the defendant (Doc #14). Said Motion has not yet been

ruled upon.

5. Therefore, Defendant requests that his deadline to file pretrial motions be extended until November 5, 2007.

6. Assistant United States Attorney Kent Brunson does not oppose this motion.

Dated this 10th day of October, 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:07-cr-166-WKW** |
| | ) | |
| **JOHN WEBSTER** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kent Brunson, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M