IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.     ) | CASE NO. : 2:07cr166-WKW |
| ) | |
| JOHN WEBSTER | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from November 5, 2007 to February 4, 2008 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on January 11, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 16th day of October, 2007.


/s/ Wallace Capel, Jr

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE