IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: 2:07-cr-166-WKW |
| | ) |
| JOHN WEBSTER | ) |

## **ORDER**

Upon consideration of Defendant's Motion to Suppress Statements and Materials (Doc. #22) filed 5 November 2007, it is hereby

ORDERED that a hearing in this cause be set for 19 November 2007, at 1:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the government shall file their response to the motion on or before 12 November 2007.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 6th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE