IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:07-cr-166-WKW |
| ) | |
| JOHN WEBSTER ) | |

## ORDER

On 20 November 2007, a hearing was held on Defendant's Motion to Suppress Statements and Materials (Doc. #22). At that hearing, Defendant requested time to file a post hearing brief. Therefore, it is

ORDERED that Defendant shall file any post hearing briefs **on or before 28 November 2007**. It is further

ORDERED that the Government shall file any response **on or before 3 December 2007**.

DONE this 20th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE