IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: 2:07-cr-166-WKW |
| | ) |
| JOHN WEBSTER | ) |

## **ORDER**

On 20 November 2007, a hearing was held on Defendant's Motion to Suppress Statements and Materials (Doc. #22). At that hearing, Defendant motioned the court to re-open the issue of Defendant's detention. For good cause, it is

ORDERED that a detention hearing is set for 27 November 2007, at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge. It is further

ORDERED that the defendant will remain in the custody of the United States Marshal until the hearing and that the person or persons having custody of the defendant shall produce him for said hearing.

The United States Probation Officer is hereby directed to meet with and interview the Defendant prior to the hearing.

DONE this 21st day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE