IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 2:07-cr-0166-WKW |
| ) | |
| JOHN WEBSTER ) | |

### **ORDER**

Upon consideration of the United States's Motion for Reduction for Acceptance of Responsibility (Doc. # 50), it is ORDERED that the motion is GRANTED.

DONE this 12th day of May, 2008.

                                          /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE