# United States District Court

for

Middle District of Alabama

Petition for Warrant/Summons and Report
for Defendant Under Pretrial Release Supervision

**RECEIVED**
2008 MAY 22 P 4 54

Name of Defendant: John Webster                                    Case Number: 2:07CR166-WKW

Name of Releasing Judicial Officer: The Honorable W. Keith Watkins, U.S. District Judge

Date of Release:  On 05/14/08, the defendant was sentenced to 24 months custody of the BOP, and was
continued on the same conditions of bond previously imposed pending
a voluntary surrender date of 06/27/08.

Original Offense: 18 USC Section 922(g)(1) - Unlawful Transport of Firearms, etc.
21 USC Section 844(a) - Marijuana-Possession

Type of Release: $25,000 Unsecured Appearance Bond with Pretrial Supervision

Assistant U.S. Attorney: Kent Brunson                    Defense Attorney: Michael J. Peterson

---

## PETITIONING THE COURT

[ X ]   To issue a warrant
[ ]     To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition (1) "The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case." | On 05/17/08, at approximately 2130 hours, the defendant was arrested by Montgomery police officers and charged with Possession of Powder Cocaine, in violation of Alabama State Code 13A-12-212. This arrest was discovered during routine records checks conducted by the U.S. probation officer. The defendant is currently being held at the Montgomery County Detention Facility. |
| Release Condition (7)(p)"The defendant shall refrain from any use or unlawful possession of narcotic drug and other controlled substances defined in 21 USC Section 802, unless prescribed by a licensed medical practitioner." | Details are same as above. |

<u>Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance:</u>

On 05/14/08, the defendant was sentenced to 24 months custody of the BOP to be followed by 3 years of supervised release. The defendant was released on the same conditions previously imposed pending a voluntary surrender date of 06/27/08. Due to the defendant's general compliance while on pretrial supervision, the supervising officer was not opposed to the defendant being allowed to voluntary surrender.

Immediately following sentencing, I met with the defendant and emphasized the importance of total adherence to the conditions of release until his surrender to the BOP.

U.S. Probation Officer Recommendation:

[ ]     The defendant's release should be
    [ X ]     revoked and defendant detained.

[ ]     The conditions of release should be modified as follows:

                                                Respectfully submitted,

                            by      /s/ Jason M. Dillon

                                    Jason M. Dillon
                                    U.S. Probation Officer
                                    Date: 05/22/08

Reviewed and approved: /s/ Sandra G. Wood
                       Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

                                                _____
                                                Signature of Judicial Officer

                                                _____
                                                Date