Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

June 06, 2008

**Appeal Number: 08-12871-E**
Case Style: USA v. John Webster
District Court Number:  07-00166 CR-W-N

TO:    Michael J. Peterson

CC:    Christine A. Freeman

CC:    Debra P. Hackett

CC:    Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2008

Michael J. Peterson
Federal Public Defender
201 MONROE ST STE 1960
MONTGOMERY AL 36104-3727

CONCERNING APPELLANT JOHN WEBSTER

**Appeal Number: 08-12871-E**
Case Style: USA v. John Webster
District Court Number: 07-00166 CR-W-N

If the appellant named above intends to raise issue(s) regarding the sentence imposed under the Sentencing Guidelines, 18 U.S.C. § 3742(d) requires counsel or parties proceeding pro se in such cases to ensure that the record includes "the information submitted during the sentencing proceeding" [i.e., the transcript of the sentencing hearing]. According to the Transcript Order Form ("TOF") on file with us, the appellant named above did not make arrangements for transcription of the sentencing hearing.

Pursuant to 11th Cir. R. 42-1(b), the above-named appellant is hereby notified that, upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk unless the above-named appellant either (1) files an amended TOF (blank form attached) which certifies that financial arrangements to transcribe the sentencing hearing have been made, or (2) certifies that no issue regarding sentencing will be raised by checking the box below, dating, signing and returning this letter to the Clerk's Office.

11th Cir. R. 42-1(b) also provides that "[i]f an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Also, please state if the 1/29/08 plea transcript will requested; and if not, explain why.

☐ Appellant _____ certifies that no issue regarding sentencing will be raised in the briefs in the matter above.

DATE:_____ SIGNATURE_____
(must be signed by counsel of record or party proceeding pro se)

SG-1 (03-2004)