IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR166-WKW |
| JOHN WEBSTER | ) | |

**ORDER ON MOTION**

On May 22, 2008, the Court received a Motion to Revoke Defendant's Bond (Doc. #56). On June 25, 2008, the undersigned held an initial appearance on the matter. Based on the proffer presented at the hearing and on the record by Defendant's attorney, the Court finds probable cause to revoke Defendant's bond. Accordingly, it is

ORDERED that the Motion to Revoke Bond (Doc. #56) is GRANTED. It is further

ORDERED that Defendant is remanded to the custody of the U. S. Marshal to commence his sentence previously imposed by the District Court.

Done this 25th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, Jr.
UNITED .STATES MAGISTRATE JUDGE